## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

SHIRLEY K. ROSE,                    ) **JUDGMENT IN A CIVIL CASE**

)

             Plaintiff,        )

                        ) Civil Action No.

       v.                     ) 05-4004-CV-C-REL-SSA

)

JO ANNE BARNHART,            )

)

             Defendant.     )

 

__     **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

_X_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 

     IT IS ORDERED AND ADJUDGED

         That plaintiff's motion for summary judgment is denied.

         That the decision of the Commissioner is affirmed.

 

                            P. L. Brune, Clerk

                           /s/ Sue Anderson-Porter

Date: December 14, 2005          By :  Sue Anderson-Porter

                                 Deputy Clerk